# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JENNY Q. GALYON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No.: 2:12-CV-396 |
| ) | JURY DEMAND |
| PULMACARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated between the Plaintiff, Jenny Q. Galyon, and the Defendant, Pulmacare, Inc., that Plaintiff's causes of action be dismissed without prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 16th day of October, 2013.

/s/Link A. Gibbons
Link A. Gibbons, BPR # 022799
Law Office of Link A. Gibbons
P.O. Box 2248
Morristown, Tennessee 37816
Telephone (423) 839-0990
Facsimile (423) 839-1306
Attorney for Plaintiff

/s/Jeffrey C. Taylor
Jeffrey C. Taylor, BPR # 013436
TAYLOR Law Firm
365 W. Third North Street
Morristown, TN 37814
Telephone (423) 586-6812
Attorney for Defendant